UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL G. MORGAN | : | |
| Plaintiff, | : | Docket No. 3:02CV905 (AVC) |
| VS. | : | |
| OFFICE OF THE UNITED STATES ATTORNEY FOR THE DISTRICT OF CONNECTICUT, et al., | : | |
| Defendants. | : | June 26, 2003 |

### DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION'S MOTION TO DISMISS

Defendant Federal Deposit Insurance Corporation ("FDIC"), in response to plaintiff's amended complaint for declaratory and injunctive relief brought under the Freedom of Information Act, hereby moves to dismiss the action for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, or in the alternative, for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. FDIC also moves to dismiss this action for improper venue pursuant to Rule 12 (b)(3) of the Federal Rules of Civil Procedure. The grounds for this motion are set forth in the accompanying Memorandum in Support of Defendant Federal Deposit Insurance Corporation's Motion to Dismiss.

---

*Handwritten margin annotation (Alfred V. Covello, U.S.D.J.):*

January 9, 2004. The motion is denied as moot to the extent it seeks dismissal of any matter already adjudicated by way of the court's ruling on the FDIC's motion for summary judgment. The motion is, however, granted in all other respects as venue is simply not proper under 5 U.S.C. section 552 (a)(4)(B).

SO ORDERED.