UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 OCT 20 P 1: 26

US DISTRICT COURT
HARTFORD CT

MICHAEL G. MORGAN

      Plaintiff

      v

FEDERAL DEPOSIT INSURANCE
CORPORATION

      Defendant.

Civil Action: 3:02cv905(AVC)

October 17, 2003

### PLAINTIFF'S MOTION FOR IN CAMERA REVIEW, NEW VAUGHN INDEX AND OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

This is an action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. sec. 552, as amended, to compel the production of records relevant to Plaintiff's criminal prosecution (Case No. 3:93cr212(PCD)).

Plaintiff has a statutory right to the records he seeks and there is no legal basis for the refusal by the Federal Deposit Insurance Corporation ("FDIC") to disclose them. The FDIC's

---

3:02cv00905 (AVC). January 9, 2004. The motion is granted to the extent it seeks <u>in camera</u> review of the two documents at issue. The motion is denied, however, to the extent it seeks an order requiring any further review or production on the part of the FDIC as venue is improper under 5 U.S.C. § 552 (a)(4)(B) and, consequently, the court is without subject matter jurisdiction to render such an order.

SO ORDERED.

                              Alfred V. Covello, U.S.D.J.