UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MICHAEL G. MORGAN

    Plaintiff,

v

OFFICE OF THE UNITED STATES
ATTORNEY FOR THE DISTRICT
OF CONNECTICUT, et al.,

    Defendants.

Civil Action: 3:02cv905(AVC))

October 17, 2003

### PLAINTIFF'S MOTION FOR IN CAMERA REVIEW, NEW VAUGHN INDEX AND OPPOSITION TO OFFICE OF THRIFT SUPERVISION'S MOTION FOR SUMMARY JUDGEMENT

This is an action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C., sec. 552, as amended, to compel the production of records relevant to Plaintiff's criminal prosecution (Case No. 3:93cr212(PCD)).

Plaintiff has a statutory right to the records he seeks and there is no legal basis for the refusal by the Office of Thrift Supervision ("OTS") to disclose them. The OTS' continued refusal violates Plaintiff's constitutional right to due process.

IN CAMERA REVIEW. In its March 28, 2003 Order, the Court advised the Plaintiff that he might move for in camera review and inspection of any documents withheld by the Defendant OTS in connection with the Vaughn Index which was ordered to be produced at that time.

---

Handwritten margin note:

January 9, 2004   The motion is granted to the extent it seeks in camera review of the two documents at issue. The motion is denied, however, to the extent its seeks an order requiring any further review or production on the part of the OTS - as the court is without jurisdiction to render such an order. See 31 C.F.R. section 1.7(a)(4) and (e)(2); 5 U S C section 552(a)(4)(B).
SO ORDERED

/s/ Alfred V. Covello, U.S.