UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL G. MORGAN

      Vs.                                        CASE NO. 3:02CV00905(AVC)

OFFICE OF THE UNITED STATES
ATTORNEY FOR THE DISTRICT
OF CONNECTICUT, OFFICE OF THRIFT
SUPERVISION and FEDERAL DEPOSIT
INSURANCE CORPORATION

## JUDGMENT

This action having been commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

The defendants, Office of the United States Attorney for the District of Connecticut, Office of Thrift Supervision and Federal Deposit Insurance Corporation each having filed their motions for summary judgment, and the Court having considered the full record of the case, including applicable principles of law, on January 9, 2004, filed its endorsements and ruling granting the motions; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants, Office of the United States Attorney for the District of Connecticut, Office of Thrift Supervision and Federal Deposit Insurance Corporation.

Dated at Hartford, Connecticut, this 14th day of January, 2004.

                                                    KEVIN F. ROWE, Clerk

                                                    By_____/s/ JW_____
                                                         Jo-Ann Walker
EOD: _____                          Deputy Clerk